# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 16-5287** **September Term, 2018**

**1:15-cv-00615-TSC**

**Filed On:** December 17, 2018

Save Jobs USA,

Appellant

v.

United States Department of Homeland Security, Office of General Counsel,

Appellee

**BEFORE:** Tatel, Griffith, and Srinivasan, Circuit Judges

**O R D E R**

Upon consideration of the motion for leave to intervene, the oppositions thereto, and the reply; and the motion to schedule briefing and oral argument, which contains a request for expedition and a request for leave to file a new opening brief, the response thereto, and the reply, it is

**ORDERED** that the motion to schedule briefing and oral argument be granted and this case be removed from abeyance. It is

**FURTHER ORDERED** that the request for expedition be denied. See D.C. Circuit Handbook of Practice and Internal Procedures 33 (2018). It is

**FURTHER ORDERED** that the motion for leave to intervene be granted. See Mass. Sch. of Law at Andover, Inc. v. United States, 118 F.3d 776, 779 (D.C. Cir. 1997); Fund for Animals, Inc. v. Norton, 322 F.3d 728, 731-33 (D.C. Cir. 2003). It is

**FURTHER ORDERED** the request for leave to file a new opening brief be granted. The Clerk is directed to enter a briefing schedule that provides for appellant to file a replacement opening brief.

**Per Curiam**